IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO: 2:21-cr-613 |
| | ) |
| v. | ) **ORDER FOR** |
| | ) **BENCH WARRANT** |
| WILLIAMS L. RIVERS | ) |
| a/k/a "Will" | ) |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, WILLIAMS L. RIVERS, a/k/a "Will", as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

September 14, 2021

I SO MOVE:

M. RHETT DEHART
ACTING UNITED STATES ATTORNEY

By:  s/ Sean Kittrell
     _____
     A. Sean Kittrell (#06032)
     Assistant United States Attorney
     151 Meeting Street
     Charleston, South Carolina 29401
     Telephone: (843) 727-4381
     Email Address: Sean.Kittrell@usdoj.gov